**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6356**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

# EXHIBIT 3



10/9/2007

SENT VIA CERTIFIED MAIL: 7007 0710 0000 0470 3145

ATTN: Mr. Steven Fein
c/o Mid-America Management Corporation
1111 Superior Avenue
Suite 1100
Cleveland, OH 44114

RE:   2395 Sycamore Road
      DeKalb, IL 60115

Mr. Fein,

It has come to our attention that one of our competitors is set to be moving into the same plaza as us. Back To Bed has made many attempts to talk to you and has left you many messages. We have yet to receive any response from you to discuss this situation.

Per the "Addendum to Lease" that was signed on January 8, 2002 between Mattress Giant and Sunil DeKalb, and subsequently assigned to Back To Bed, under section 15, Exclusive, "no other tenant or occupant of the Shopping Center shall be entitled to use its premises for the sale of the Exclusive Items, subject to the rights of existing tenants set forth on Exhibit "E" of the Lease." I have attached the Addendum for you to review.

At this time, we will be contacting our lawyers and if necessary we will take legal action against your firm for refusing to comply with the lease.

Thank you,

Vito Favia
Vice President

CC: Vedder Price- Lane Moyer

700 Hilltop Drive, Itasca, IL 60143 • Phone (630) 773-0200 • Fax (630) 773-7991
www.backtobed.com