**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6356**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

# EXHIBIT 4








# THE BEDDING EXPERTS, INC.
### Where dreams come true!

www.beddingexperts.com • We Deliver America • Since 1983

**Early Bird Special — Buy by Noon Get 10% OFF**

**CALL IN YOUR ORDER! 1-866-395-5511**

**FREE mattress** — New York $168
**Miami Click Bed** $349
**Adjustable Bed w/Memory Foam Mattress** $999

## ILLINOIS

### CHICAGO
- **ANDERSONVILLE** 5028 N. Clark, 773-769-4611
- **CHATHAM** 1525 E. 87th St., 773-375-0640
- **EAST CHICAGO** 10542-44 S. Ewing, 773-375-7581
- **VILLAGE PARK** 3501 St. California, 773-776-7748
- **GRAND CROSSING** 205 W. 87th Ave., 773-846-8775
- **HUMBOLDT PARK** 3101 N. Central Ave., 773-413-2025
- **HYDE PARK** 1447 E. 53rd St., 773-363-6389
- **JEFFERSON/MAYFAIR CLEARANCE CENTER!**
- **LAKEVIEW** 2941 N. Ashland Ave., 773-309-3849
- **LAKEVIEW/WRIGLEYVILLE** 3145 N. Halsted St., 773-871-3636
- **LAKEVIEW/ROSCOE VILLAGE** 2581 N. Elston, 773-252-2780
- **LINCOLN PARK** 1747-1749 N. Sheffield, 312-337-4635
- **LINCOLN/PAULINA** 3157 W. Diversey/Lincoln, 773-880-6455
- **MONTCLARE** 3235 N. Harlem Ave., 773-202-8855
- **PORTAGE PARK** 4800 W. Irving Park Rd., 774-481-0683
- **SOUTH LOOP** 514 W. Roosevelt Rd., 312-939-2955
- **WEST ROGERS PARK** 6019 N. Lincoln, 773-761-8570
- **ALGONQUIN** 1499 Randall Road, 847-658-0022
- **ARLINGTON HEIGHTS/BUFFALO GROVE** 1970 N. Arlington Rd., 847-797-7966
- **ARCHER/PULASKI** SW 12274 S. Pulaski, 708-272-5892
- **AURORA/FOX VALLEY/NAPERVILLE** 4300 New York St., 630-499-5966
- **BARRINGTON** 116 N. Northwest Hwy., 847-381-2440

- **BATAVIA** 205 N. Randall Rd., 630-761-1355
- **BEDFORD PARK** 7446 S. Cicero Ave., 708-563-2359
- **BERWYN** 6800 W. Cermak, 708-484-3381
- **BLOOMINGDALE** 76 Stratford Dr., 630-893-8722
- **BOLINGBROOK** 131 S. Weber Rd., 630-771-0663
- **BRADLEY/BOURBONNAIS CLEARANCE CENTER!** 1569 N. State Rt. 50, 815-929-1992
- **BRIDGEVIEW/BURBANK** 7917 S. Harlem, 708-233-0359
- **BURBANK/CHICAGO** 8111 S. Cicero, 773-767-2446
- **CALUMET CITY** 1825 E. 159th St., 708-891-0505
- **COUNTRY CLUB HILLS** 4175 W. 167th St., 708-647-1790
- **CRYSTAL LAKE SUPER CLEARANCE CENTER!** 325 W. Virginia St., 815-444-8944
- **DEKALB COMING SOON!** 1-888-EXPERTS
- **DOWNERS GROVE SOUTH** 1640 W. 75th St., Darien, Woodridge, 630-969-1172
- **DOWNERS GROVE NORTH** 1530-1532 Ogden Ave., 630-769-9307
- **EVERGREEN PARK** 95th S. California Ave., 708-346-0011
- **GLEN ELLYN** 549 W. Roosevelt, 630-942-9466
- **GURNEE** 7055A Grand Ave., 847-856-3153
- **HARWOOD HEIGHTS** 4602 N. Harlem, 708-867-8303
- **HIGHLAND PARK/NORTHBROOK STEARNS & FOSTER SUPERSTORE** 125 Skokie Valley, 847-831-9570
- **HILLSIDE** 4004 W. Roosevelt Rd., 708-493-2123
- **HOMEWOOD** 17960 S. Halsted, 708-957-2752
- **JOLIET COMMONS** 2641 Rt. 30, 815-436-7211

- **LAKE ZURICH** 571 N. Rand Rd., 847-438-9905
- **LOMBARD WEST SUBURBS SUPER OUTLET CLEARANCE CENTER** 1208 E. Roosevelt Rd., 630-620-7370
- **MATTESON** 4724 Lincoln Hwy., 708-503-1912
- **MC HENRY** 1763 Richmond Rd., 815-344-2101
- **MELROSE PARK** 1360 Winston Plaza, 708-343-3303
- **MORTON GROVE** 7130 W. Dempster, 847-470-0222
- **MUNDELEIN** 421 Rt. 60, 847-566-0606
- **NEW LENOX** 2514 E Lincoln Hwy, 815-717-9014
- **NILES** 9519 N. Milwaukee Ave., 847-966-1115
- **NILES/SKOKIE** 5708 W. Touhy, 847-588-2240
- **OAK PARK** 800 S. Harlem, 708-524-0090
- **ORLAND PARK** 14724 LaGrange Rd., 708-403-2999
- **OSWEGO** 2872-74 Rt 34, 630-551-2482
- **PLAINFIELD/SHOREWOOD** 1528 Rt. 59, 815-230-3914
- **PALATINE** 1252 E. Dundee Road, 847-358-9925
- **ROUND LAKE BEACH** 254 E. Rollins Rd., 847-546-8582
- **SCHAUMBURG SUPERSTORE!** 62 E. Golf Rd., 847-882-2549
- **SCHAUMBURG/STREAMWOOD** 2562 W. Schaumburg Rd., 847-839-0988
- **ST. CHARLES/GENEVA** 962 S. Randall Rd. 630-587-2910
- **ST. CHARLES/WEST CHICAGO** 3755 E. Main St., 630-685-2451

**75 CHICAGOLAND LOCATIONS TO SERVE YOU! • 1-866-EXPERTS TO SPEAK DIRECTLY TO STORE NEAREST YOU!**