**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6356**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

# EXHIBIT 6



DeKalb County Shopping Center