U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

FILED
NOVEMBER 8, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6356

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BACK TO BED, INC., an Illinois corporation,<br>v.<br>MID-AMERICA MANAGEMENT CORPORATION, a Michigan Corporation. | **JUDGE CASTILLO<br>MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, BACK TO BED, INC.

| NAME (Type or print) |
|---|
| Stanley B. Block |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Stanley B. Block |

| FIRM |
|---|
| Vedder, Price, Kaufman & Kammholz, P.C. |

| STREET ADDRESS |
|---|
| 222 N. LaSalle Street, Suite 2600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601-1003 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0230685 | 312-609-7500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |