**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 8, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6356**

In the Matter of

BACK TO BED, INC., an Illinois corporation,
v.
MID-AMERICA MANAGEMENT CORPORATION, a Michigan Corporation.

Case Number:

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, BACK TO BED, INC.

| NAME (Type or print) |
| --- |
| Chad A. Schiefelbein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Chad A. Schiefelbein |
| FIRM |
| Vedder, Price, Kaufman & Kammholz, P.C. |
| STREET ADDRESS |
| 222 N. LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-1003 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6238031 | 312-609-7500 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐