U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6356**

In the Matter of

BACK TO BED, INC., an Illinois corporation,
v.
MID-AMERICA MANAGEMENT CORPORATION, a Michigan Corporation.

Case Number:

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, BACK TO BED, INC.

| | |
|---|---|
| NAME (Type or print) | |
| William W. Thorsness | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ William W. Thorsness | |
| FIRM | |
| Vedder, Price, Kaufman & Kammholz, P.C. | |
| STREET ADDRESS | |
| 222 N. LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601-1003 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290913 | 312-609-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |