**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

**07 C 6356**

| | |
|---|---|
| BACK TO BED, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>MID-AMERICA MANAGEMENT CORPORATION, a Michigan corporation,<br><br>Defendant. | No.<br><br>Judge<br>Magistrate Judge |

**JUDGE CASTILLO**
**MAGISTRATE JUDGE BROWN**

## PLAINTIFF'S LOCAL RULE 3.2 AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff Back to Bed, Inc. makes the following affiliates disclosure statement:

1. Plaintiff Back to Bed, Inc. has no parent corporation.

2. No publicly held corporation owns 5% or more of Plaintiff Back to Bed, Inc.'s stock.

PLAINTIFF BACK TO BED, INC.

By: s/ Stanley B. Block
One of Its Attorneys

Stanley B. Block
Chad A. Schiefelbein
William W. Thorsness
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005