AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

**07 C 6356**

BACK TO BED, INC., an Illinois corporation,

CASE NUMBER:

V.

ASSIGNED JUDGE:     JUDGE CASTILLO

MID-AMERICA MANAGEMENT CORPORATION, a Michigan corporation.

DESIGNATED MAGISTRATE JUDGE:     MAGISTRATE JUDGE BROWN

TO:
Mid-America Management Corporation
c/o Its Registered Agent,
CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Stanley B. Block, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                 DATE

Michael W. Dobbins, Clerk



(By) DEPUTY CLERK                                                                 November 8, 2007

Date

CHICAGO/#1710246.1

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of this Summons and complaint was made by me[(1)] | 11/14/07 |
| NAME OF SERVER (PRINT) ROBERT RUSCH | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served  208 S. LASALLE ST, CHICAGO, IL 60604 c/o CT. CORP.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATE OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/14/07
Date

Signature of Server

27 N. WACKER #195, CHICAGO, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CHICAGO/#1710246.1