**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| BACK TO BED, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Case No. 07 C 6356 |
| MID-AMERICA MANAGEMENT CORPORATION, a Michigan corporation | ) ) | Judge Castillo Magistrate Judge Brown |
| Defendant. | ) ) | |

**DEFENDANT MID-AMERICA MANAGEMENT CORPORATION'S
MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant Mid-America Management Corporation, by and through its undersigned counsel, and for its Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, states as follows:

1.     Plaintiff filed its Complaint on November 8, 2007.

2.     Defendant was served with summons on or about November 14, 2007. Pursuant to that summons, Defendant is required to answer or otherwise respond to Plaintiff's Complaint by December 4, 2007.

3.     Defendant requires additional time in which to investigate the claims presented in Plaintiff's Complaint and to prepare its responsive pleading.

4.     Defendant has not previously requested an extension of time from this Court. No party will be prejudiced by the granting of this Motion.

WHEREFORE, Defendant Mid-America Management Corporation respectfully requests that this Court enter an Order granting it an extension of time, up to and including January 4,

2007, to answer or otherwise respond to Plaintiff's Complaint, and providing any further relief

this Court deems just and appropriate.

Dated:  November 30, 2007                     Respectfully submitted,

                                              MID-AMERICA MANAGEMENT CORP.

                                              By: s/ Kristin H. Sculli
                                                      One of Its Attorneys

David T. Meehan
Kristin H. Sculli
McGuireWoods, LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1635
Telephone: (312) 849-8100
Facsimile:  (312) 849-3690

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 30th day of November, 2007, a copy of the

foregoing **DEFENDANT MID-AMERICA MANAGEMENT CORPORATION'S MOTION**

**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO**

**PLAINTIFF'S COMPLAINT** was filed electronically.  Notice of this filing will be sent to the

following attorneys by operation of the Court's electronic filing system:


Stanley B. Block
Chad A. Schiefelbein
William W. Thorsness
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601


___s/Kristin H. Sculli_____