UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Back To Bed, Inc.
                            Plaintiff,

v.                                          Case No.: 1:07−cv−06356
                                          Honorable Ruben Castillo

Mid−America Management Corporation
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 3, 2007:

      MINUTE entry before Judge Ruben Castillo :Motion hearing set for 12/5/2007 is vacated. Defendant Mid−America Management Corporation's motion for extension of time to answer or otherwise respond to Plaintiff's complaint [11] is granted. Defendant to answer or otherwise plead to the complaint on or before 1/4/2008. Parties to file a joint status report on or before 1/10/2008. The Court will hold a status hearing in open court on 1/15/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.