


CT
208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
312 345 4343 fax
www.ctlegalsolutions.com

December 06, 2007

**FILED**
DEC 1 0 2007
12-10-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Stanley B. Block
Vedder, Price, Kaufman & Kammholz, PC
222 North LaSalle Street,
Suite 2600,
Chicago, IL 60601

Re: Back to Bed, Inc., etc., Pltf. vs. Mid-America Management Corporation, etc., Dft.

Case No. 07C6356

Dear Sir/Madam:

We are herewith returning the Summons, Complaint, Attorney Appearance Form (3 sets), Civil Cover Sheet, Disclosure Statement, Return of Service Form, Verification, Exhibit(s) which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Mid-America Management Corporation. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Felicia Randle
Process Specialist

Log# 512859719

cc: Northern District - Chicago - United States District Court
    2044 Dirksen Building,
    219 S. Dearborn Street,
    Chicago, IL 60604