IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| BACK TO BED, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Case No. 07 C 6356 |
| MID-AMERICA MANAGEMENT CORPORATION, a Michigan corporation | ) ) ) | Judge Castillo Magistrate Judge Brown |
| Defendant. | ) | |

**DEFENDANT MID-AMERICA MANAGEMENT CORPORATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Mid-America Management Corporation ("Mid-America"), by and through its undersigned counsel, and for its Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, states as follows:

1. Plaintiff filed its Complaint on November 8, 2007.

2. Mid-America was served with summons on or about November 14, 2007. Pursuant to that summons, Mid-America was required to answer or otherwise respond to Plaintiff's Complaint by December 4, 2007.

3. On December 3, 2007, this Court granted Mid-America an extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including January 4, 2007.

4. On January 3, 2007, in an effort to finalize Mid-America's responsive pleading, counsel for Mid-America first learned that Mid-America is not the proper defendant to this action.

5. Immediately after learning this information, counsel for Mid-America contacted counsel for Plaintiff in an effort to resolve the issue without the filing of a motion to dismiss.

6. Counsel for Plaintiff has represented to counsel for Mid-America that it needs to see evidence that Mid-America is not the proper defendant to the action before it will consider voluntarily amending Plaintiff's Complaint.

7. Mid-America requires additional time in which to provide such evidence to Plaintiff.

8. Therefore, Mid-America requests that this Honorable Court grant it an additional seven (7) days, up to and including January 11, 2008, to respond to Plaintiffs' Complaint, provided that such response is necessary.

9. Counsel for Mid-America has contacted counsel for Plaintiff in connection with this Motion. Counsel for Plaintiff does not object to this Court's granting Mid-America an extension of time until January 11, 2008 in which to answer or otherwise respond to plaintiff's Complaint.

10. No party will be prejudiced by the granting of this Motion.

WHEREFORE, Defendant Mid-America Management Corporation respectfully requests that this Court enter an Order granting it an extension of time, up to and including January 11, 2008, to answer or otherwise respond to Plaintiff's Complaint, and providing any further relief this Court deems just and appropriate.

Dated: January 4, 2008

Respectfully submitted,

MID-AMERICA MANAGEMENT CORP.

By: s/ Kristin H. Sculli
    One of Its Attorneys

David T. Meehan
Kristin H. Sculli
McGuireWoods, LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1635
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of January, 2008, a copy of the foregoing **DEFENDANT MID-AMERICA MANAGEMENT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically. Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system:

Stanley B. Block
Chad A. Schiefelbein
William W. Thorsness
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601

                                                                                                           s/Kristin H. Sculli