## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Back To Bed, Inc.
                                    Plaintiff,

v.                                                          Case No.: 1:07−cv−06356
                                                            Honorable Ruben Castillo

Mid−America Management Corporation
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

MINUTE entry before Judge Ruben Castillo :Defendant Mid−America Management Corporation's unopposed motion for extension of time to answer or otherwise respond to plaintiff's complaint [16] is granted. Defendant to answer or otherwise plead to the complaint by 1/11/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.