IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| BACK TO BED, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Case No. 07 C 6356 |
| MID-AMERICA MANAGEMENT CORPORATION, a Michigan corporation | ) ) | Judge Castillo Magistrate Judge Brown |
| Defendant. | ) ) | |

**DEFENDANT MID-AMERICA MANAGEMENT CORPORATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Mid-America Management Corporation ("Mid-America"), by and through its undersigned counsel, and for its Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, states as follows:

1. Plaintiff filed its Complaint on November 8, 2007.

2. Mid-America was served with summons on or about November 14, 2007. Pursuant to that summons, Mid-America was required to answer or otherwise respond to Plaintiff's Complaint by December 4, 2007.

3. On December 3, 2007, this Court granted Mid-America an extension of time to answer or otherwise respond to Plaintiff's Complaint up to and including January 4, 2007.

4. On January 4, 2007, Mid-America informed the Court that Mid-America does not believe that it is the proper defendant to this action, and that counsel for Plaintiff needed to see evidence of such before it would consider voluntarily amending the Complaint. Accordingly, Mid-America requested that this Court grant it an additional seven (7) days, up to and including January 11, 2008, to respond to Plaintiff's Complaint, provided that such response is necessary.

5. On January 7, 2007, this Court granted Mid-America the requested extension of time to answer or otherwise respond to Plaintiff's Complaint.

6. Since January 4, 2007, counsel for Mid-America has provided Plaintiff's counsel with evidence that it is not the proper party to this action.

7. Plaintiff's counsel has represented to counsel for Mid-America that it needs additional time to review the evidence submitted by Mid-America before agreeing to voluntarily amend or dismiss the Complaint. Plaintiff's counsel has also represented that it expects to inform the Court and counsel for Mid-America of its decision at the status hearing set for January 15, 2008.

8. Therefore, Mid-America requests that this Honorable Court grant it an additional seven (7) days, up to and including January 18, 2008, to respond to Plaintiff's Complaint, provided that such response in necessary.

9. Counsel for Mid-America has contacted counsel for Plaintiff in connection with this Motion. Counsel for Plaintiff does not object to this Court's granting Mid-America an extension of time until January 18, 2008 in which to answer or otherwise respond to plaintiff's Complaint.

10. No party will be prejudiced by the granting of this Motion.

WHEREFORE, Defendant Mid-America Management Corporation respectfully requests that this Court enter an Order granting it an extension of time, up to and including January 18, 2008, to answer or otherwise respond to Plaintiff's Complaint, and providing any further relief this Court deems just and appropriate.

Dated: January 11, 2008                               Respectfully submitted,

                                                      MID-AMERICA MANAGEMENT CORP.

                                                      By: <u>s/ Kristin H. Sculli</u>
David T. Meehan                                               One of Its Attorneys
Kristin H. Sculli
McGuireWoods, LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1635
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of January, 2008, a copy of the foregoing **DEFENDANT MID-AMERICA MANAGEMENT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically. Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system:

Stanley B. Block
Chad A. Schiefelbein
William W. Thorsness
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601


       s/Kristin H. Sculli