IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| BACK TO BED, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) ) | Case No. 07 C 6356 |
| MID-AMERICA MANAGEMENT CORPORATION, a Michigan corporation | ) ) ) | Judge Castillo<br>Magistrate Judge Brown |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED

    PLEASE TAKE NOTICE that on **Wednesday, January 16, 2008**, at the hour of **9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 2141, and then there present **DEFENDANT MID-AMERICA MANAGEMENT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**, a copy of which is served upon you.

DATED: January 11, 2008                    Respectfully submitted,

                                                  MID-AMERICA MANAGEMENT CORP.

                                                  By:  __s/ Kristin H. Sculli_____
                                                          One of its Attorneys

David T. Meehan
Kristin H. Sculli
McGuireWoods, LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1635
Telephone: (312) 849-8100
Facsimile:  (312) 849-3690

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of January, 2008, a copy of the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system:

Stanley B. Block
Chad A. Schiefelbein
William W. Thorsness
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601

                                            ___s/Kristin H. Sculli_____