**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Back To Bed, Inc.

                                Plaintiff,

v.                                                           Case No.: 1:07−cv−06356
                                                                Honorable Ruben Castillo

Mid−America Management Corporation

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Ruben Castillo :Status hearing held on 1/15/2008 and continued to 2/5/2008 at 9:45 a.m. Defendant's unopposed motion for extension of time to answer or otherwise plead [19] is granted. Defendant to answer or otherwise plead to the complaint on or before 1/18/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.