UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Back To Bed, Inc.
                                    Plaintiff,

v.                                                        Case No.: 1:07−cv−06356
                                                          Honorable Ruben Castillo

Mid−America Management Corporation
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Ruben Castillo :Motion hearing set for 1/23/2008 is vacated. Defendant Mid−America Management Corporation's unopposed motion for extension of time to answer or otherwise respond to plaintiff's complaint [24] is granted. The date for the defendant to answer or otherwise plead will be set at the status hearing on 2/5/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.