# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6356 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Back to Bed, Inc. Vs. Mid-America Management Corp. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/21/2008. Plaintiff's counsel appeared. Plaintiff's oral motion to voluntarily dismiss without prejudice is granted. This case is hereby dismissed without prejudice with full leave to refile in state court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|